AO83 (Rev. 10/03) Summons in a Criminal Case

RECEIVED
JUL 28 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.

JACQUELINE PEREZ

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: 1:05-M-43A

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. PLEASE CONTACT PRETRIAL SERVICES AT (401) 752-7300 PRIOR TO THE HEARING.

| Place | Room |
|---|---|
| Evo A. DeConcini U.S. Courthouse<br>405 W. Congress Street, Suite 1500<br>Tucson, AZ 85701-5010 | Suite 3115, 3rd Floor, Video Conference Room |
| | Date and Time |
| Before: MAGISTRATE JUDGE LINCOLN D. ALMOND | AUGUST 10, 2005 AT 12:00 P.M. M.S.T. |

To answer a(n)

☐ Indictment ☐ Information x Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title 21 United States Code, Section(s) 841(a)(1) and 846

Brief description of offense:
CONSPIRACY TO DISTRIBUTE MARIJUANA AND DISTRIBUTION OF MARIJUANA

JEANNINE THEALL, DEPUTY CLERK
Name and Title of Issuing Officer

J. Theall
Signature of Issuing Officer

JULY 28, 2005
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1] Date August 8, 2005

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 8/8/05
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

Atty Ed Roy who represents Perez spoke to her and advised her of the phone conference date and time

FILED

2005 AUG -9 P 4:36

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.