**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 1:05-M-43A** **DATE: August 10, 2005**

**TITLE: USA v. Jacqueline Perez**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:** Via Video Conference from Tucson, AZ

---

**COUNSEL PRESENT:**
Adi Goldstein, AUSA
John Kaufman, Esq.
Ed Roy, Esq.
Charleen Tryhubczak, Pretrial Services

**PROCEEDINGS:**

Initial Appearance:
Court informs Deft of charges.
Deft informed of rights.
Deft understands rights.
Deft informed to fill out financial affidavit if needed, otherwise Deft must retain counsel within 30 days.
Joint Oral Motion to extend the time to indict to 60 days. Time to be excluded.
Oral Order granting Oral Motion.
Deft informed of rights for a preliminary exam.
Deft understands rights.
Govt recommends release on same conditions imposed in Arizona
No argument from Deft.
Same conditions will remain in affect.
Court informs Deft of conditions.
Deft informed of penalties.
Deft released.