**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA :
:
v. : CR. No. 1:05-M-43A
:
JACQUELINE PEREZ :

**ORDER**

The United States of America by and through its attorneys, Robert Clark Corrente, United States Attorney and Adi Goldstein, Assistant United States Attorney, and defendant, Jacqueline Perez, by and through her attorney, Charles McGowan, have jointly moved to exclude certain time from the operation of the time limit imposed by the Speedy Trial Act. Specifically, 18 U.S.C. § 3161(b)imposes a 30-day time period, from the date of arrest, within which an information or indictment must be filed. The defendant and the United States agree that the delay occasioned by the granting of the defendant's motion is excludable time as defined by 18 U.S.C. § 3161. This Court finds that the granting of the motion shall serve the ends of justice and outweigh the interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161 (h)(8)(A). Therefore,

IT IS HEREBY ORDERED

That the Joint Motion to Exclude Time under the Speedy Trial Act is hereby

**GRANTED.**

The period from October 10, 2005 through December 10, 2005, shall be deemed excluded from the § 3161(b) time limit pursuant to 18 U.S.C. § 3161(h).

By Order,

DEPUTY CLERK

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge

Date: 10/14/05