**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 1:05M43A |
| | : | |
| JACQUELINE PEREZ, | : | |
| Defendant. | : | |

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendant, Jacqueline Perez, hereby moves that Charles W. McGowan be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel, identified below, on the following grounds.

- It is a criminal case, and Charles W. McGowan is Defendant's counsel of choice.

Respectfully submitted,

[signature]

Charles W. McGowan
Ohio Sup. Ct. Reg. 0066471
601 South High Street
Columbus, Ohio 43215
Phone (614) 464-1969
Fax (614) 224-7101
Attorney for Defendant