UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 1:05-M-43A |
| | : | |
| JACQUELINE PEREZ | : | |

**ORDER TO SHOW CAUSE**

This matter arises out of a Criminal Complaint executed by this Court nearly one year ago on March 2, 2005. The Complaint charges Defendant Perez and two others with distribution of marijuana and conspiracy to do so in violation of 21 U.S.C. §§ 841(a)(1) and 846. The two others charged with Defendant Perez have to date not been arrested and apparently are fugitives on those charges.

Defendant Perez was arrested in the District of Arizona and initially appeared in that District on March 25, 2005. Defendant Perez initially appeared in this Court by way of video conference on August 10, 2005. There have been several continuances granted in this matter pursuant to 18 U.S.C. § 3161(h). The latest continuance was granted through February 10, 2006 and was noted to be a "Final Extension." Since that date, it does not appear that Defendant Perez has been indicted or has entered a plea agreement.

Thus, given the age and current status of this case, the Government is ORDERED to appear before this Court in Courtroom A, United States District Court, John O. Pastore Federal Building, Two Exchange Terrace, Providence, Rhode Island on the 10th day of March, 2006 at 10:30 a.m. to

show cause why the Criminal Complaint in this matter should not be dismissed for lack of prosecution.

LINCOLN D. ALMOND
United States Magistrate Judge
February 22, 2006